

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

September 2, 2008

WRITER'S DIRECT LINE
212.338.3528
rweisbein@foley.com EMAIL

CLIENT/MATTER NUMBER
093035-6000

VIA FACSIMILE (212) 805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    08-CIV-4581
       Yahoo! Inc. v. XYZ Companies 1-25 and
       JOHN/JANE DOES 1-25
       a/k/a the "Yahoo! Lottery Spammers"

Dear Judge Swain,

We represent plaintiff, Yahoo! Inc. ("Yahoo!"), in the above-referenced civil action. We write to request adjournment of the pre-trial conference scheduled for this Friday, September 5, 2008, because as of yet we have not been able to identify the perpetrators of the Yahoo! lottery scam to a degree sufficient to name them as defendants. However, as explained below, we believe we are making progress to that end. We propose that the pre-trial conference be rescheduled to such time as the court finds appropriate in light of our request below for a 90-day extension of the period for service of process. Of course, if and when we identify any defendants, we will promptly amend the Complaint to name them, provide the court with a courtesy copy of the Amended Complaint, and effectuate service of process.

As we wrote in our letter of July 11, 2008, unknown parties are running a far-reaching email spam campaign, attempting to trick internet users into believing that they have won a fictional "Yahoo! Lottery." No such lottery exists, and the perpetrators are collecting personal information and processing fees from unwitting recipients of these emails who attempt to collect their prize money. The facts of the scam are set forth in great detail in the Complaint. We are continuing our efforts to discover the identities of the parties behind this email scam so that we may name them as defendants.

On July 14, 2008, the court granted permission to subpoena certain internet service providers and bank institutions prior to the Fed. R. Civ. P. 26(f) conference in attempts to identify the perpetrators of this scam. Accordingly, subpoenas have been served, and the responses we have received thus far have helped us differentiate the perpetrators of the scam from the victims. We

BOSTON           JACKSONVILLE    NEW YORK          SAN FRANCISCO    TOKYO
BRUSSELS         LOS ANGELES     ORLANDO           SHANGHAI         WASHINGTON, D.C.
CENTURY CITY     MADISON         SACRAMENTO        SILICON VALLEY
CHICAGO          MIAMI           SAN DIEGO         TALLAHASSEE
DETROIT          MILWAUKEE       SAN DIEGO/DEL MAR TAMPA

NYC_285673.1



**FOLEY & LARDNER LLP**

Honorable Laura T. Swain
September 2, 2008
Page 2

have served subpoenas on three internet service providers and ten financial institutions. The responses have led us to eliminate several email accounts associated with the scam as those of victims. The responses have also led us to two accounts with financial institutions in Africa that we are hopeful will allow us to name defendants, although the path is convoluted and requires us to discern the trails that the perpetrators of this scam have labored to cover.

The Fed. R. Civ. P. 4(m) 120-day period for service of process on the defendants expires Monday, September 15, 2008. Because we have not yet been able to identify the defendants, we request the court's permission to extend the period by an additional ninety (90) days. We believe that by that time, we should either have been able to successfully identify the perpetrators of the scam, or have concluded that our efforts are not likely to yield positive results. We believe that Yahoo!'s efforts thus far as well as its continuing efforts to identify the defendants constitute good cause for the requested extension.

We are happy to provide the court with any additional information it would like to consider in this matter. If the court feels an in person conference is necessary, we are able to meet at the court's convenience.

Respectfully submitted,

Robert S. Weisbein

RSW:jbp

cc: Yahoo! Inc. (by email)

*The extension and adjournment requests are granted. The conference is adjourned to February 6, 2008, at 10:00 AM.*

SO ORDERED.

NEW YORK, NY
Sept 2, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYC_285673.1