Robert S. Weisbein (RW-0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 11/10/09

Shane M. McGee (SM-1483)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, D.C. 20005-3317

*Attorneys for Plaintiff*
*Yahoo! Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YAHOO! INC. a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DAIANN NAKCHAN, ADEBIMPE F. POGOSON, EMMANUEL C. ONYEMA, AISHA BUHARI, CHINEDU MBONU, CHIBUZOR MBONU, CHIKA MBONU, AUSDITH INVESTMENTS LTD., CHEN CHIEN-CHANG, CHEN CHIEN-ZHOU, ALAMIN INDUSTRIAL CORP., XYZ Companies 1–25 and JOHN/JANE DOES 1–25 (a/k/a the "Yahoo! Lottery Spammers")<br><br>        Defendants. | Civil Action No.: 08-CIV-4581 (LTS)(THK) |

**[PROPOSED] ORDER**

Yahoo! Inc. having applied to the Court by letter dated November 4, 2009, for an Order granting it permission to serve four Nigeria-based Defendants, Chinedu Mbonu, Chibuzor Mbonu, Chika Mbonu (collectively referred to herein as the "Mbonus") and Ausdith Investments

NYC_673614.3

Ltd. ("Ausdith"), a company for which the Mbonus are directors, by alternative means pursuant to Fed. R. Civ. P. 4(f), and the Court having considered Yahoo!'s request and finding that it has shown good cause;

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 4(f), Yahoo! shall first attempt to serve the Summons and Third Amended Complaint on the Mbonus personally pursuant to Fed. R. Civ. P. 4(f)(2)(A) and (C)(i), and if such service is not successful, Yahoo! may then serve the Summons and Third Amended Complaint on the Mbonus pursuant to Fed. R. Civ. P. 4(f)(3) by delivering a copy of the Summons and Third Amended Complaint to Ausdith's registered corporate address.

**SO ORDERED:**

Theodore H. Katz
United States Magistrate Judge

Dated: November 10, 2009

2

NYC_673614.3