

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

January 29, 2010

WRITER'S DIRECT LINE
212.338.3528
rweisbein@foley.com EMAIL

CLIENT/MATTER NUMBER
093035-6000

<u>VIA FACSIMILE – 212-805-7932</u>

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED 2/1/10]

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court for the
    Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *Yahoo! Inc. v. Daiann Nakchan, Adepimpe F. Pogoson, Emmanuel C. Onyema, Aisha Buhari, Chinedu Mbonu, Chibuzor Mbonu, Chika Mbonu, Ausdith Investments Ltd., Chen Chien-Chang, Chen Chien-Zhou, Alamin Industrial Corp., XYZ Companies 1-25 and John/Jane Does 1-25 (a/k/a the "Yahoo! Lottery Spammers")*
Case No. 08-CIV-4581 (LTS) (THK)

Dear Judge Katz:

We write to seek the Court's permission to have Jonathan Matkowsky removed as a counsel of record in the above-captioned matter. Mr. Matkowsky is leaving Yahoo! to become in-house counsel at another company and will no longer be representing Yahoo! in this matter. Pursuant to his move, Mr. Matkowsky has not renewed his in-house registration as counsel for Yahoo!, and his previous registration will expire at the end of January. Accordingly, we request the Court remove Mr. Matkowsky from the matter as an attorney to be noticed.

If the Court requires additional information, the undersigned is available at the Court's convenience.

Respectfully yours,

Robert S. Weisbein

*[handwritten: Mr. Matkowsky shall be removed as Counsel of record for Yahoo.]*

RSW:jbp

cc: Jonathan D. Matkowsky, Esq. (by e-mail)
    Shane M. McGee, Esq. (by e-mail)

2/1/10   **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

BOSTON        JACKSONVILLE    MILWAUKEE    SAN DIEGO           SILICON VALLEY
BRUSSELS      LOS ANGELES     NEW YORK     SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO       MADISON         ORLANDO      SAN FRANCISCO       TOKYO
DETROIT       MIAMI           SACRAMENTO   SHANGHAI            WASHINGTON, D.C.

NYC_749471.1