USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/10

PRO SE OFFICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

YAHOO! INC. a Delaware corporation,

Plaintiff,

V.

DAIANN NAKCHAN, ADEBIMPE F. POGOSON, EMMANUEL C. ONYEMA, AISHA BUHARI, CHINEDU MBONU, CHIBUZOR MBONU, CHIKA MBONU, AUSDITH INVESTMENTS LTD, CHEN CHIEN-CHANG, CHEN CHIEN-ZHOU, ALAMIN INDUSTRIES CORP.' XYZ Companies 1-25 and JOHN/JANE DOES 1-25 (AKA THE Yahoo! Lottery Spammers")

Defendants.

§ DEFENDANT EMMANUEL ONYEMA'S AMENDED ANSWER & COUNTERCLAIM

§ CIVIL ACTION No.: 08-CIV-4581

§ (LTS)(THK)

NOW COMES Defendant, EMMANUEL ONYEMA, named Defendant in the above-

entitled and numbered cause, and files this Amended Original Answer and Counterclaim, and shows the Court as follows:

## GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Federal Rules of Civil Procedure.

## COUNTERCLAIM

1. Plaintiff has in this lawsuit, intentionally and without any cause or reason falsely accused Defendant, Emmanuel Onyema of engaging in internet spam.

2. Plaintiff knows or should have known that defendant did not engage, take part, planned to engage or even know about such yahoo lottery spam or any of the allegation in plaintiff's complaint.

3. Plaintiff has invaded Defendant's privacy by encroaching into defendant's bank accounts and other personal and private matters.

4. As a result, Defendant's personal, social, business relationship in the community have been damaged. Although damages are still occurring, the maximum amount of damages will be $300,000.00

## PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and

further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____

Emmanuel Onyema

2324 Becard Dr. Mesquite TX 75181

Tel. (214) 469- 9861

Fax. (972) 705 9995

Defendant

## CERTIFICATE OF SERVICE

I certify that on May, _17TH_____, 2010 a true and correct copy of Defendant's amended Original Answer and Counterclaim was served on Plaintiff's Attorney via fax No. 202-408-6399

_____

EMMANUEL ONYEMA