UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
YAHOO! INC., a Delaware corporation,

    Plaintiff,

v.

DAIANN NAKCHAN, ADEBIMPE F. POGOSON,
EMMANUEL C. ONYEMA, AISHA BUHARI,
CHINEDU MBONU, CHIBUZOR MBONU, CHIKA
MBONU, AUSDITH INVESTMENTS LTD., CHEN
CHIEN-CHANG, CHEN CHIEN-ZHOU, ALAMIN
INDUSTRIAL CORP.
(a/k/a the "Yahoo! Lottery Spammers")

    Defendants.
------------------------------------------------------------ X

**ANSWER TO COUNTERCLAIMS**

**JURY TRIAL DEMANDED**

Civil Action No.: 08-CIV-4581
(LTS) (THK)

Plaintiff Yahoo! Inc. ("Yahoo!"), by its attorneys, Foley & Lardner LLP, hereby submits this Answer to Counterclaims in response to Defendant Emmanuel Onyema's Amended Answer & Counterclaim [Docket No. 44] (the "Counterclaim"), and states as follows:

## COUNTERCLAIM

1. Yahoo! admits that Yahoo! has accused Defendant Emmanuel C. Onyema ("Onyema") of engaging in Internet spamming, as more fully described in the Third Amended Complaint. Yahoo! otherwise denies the allegations of Paragraph 1 of the Counterclaim.

2. Yahoo! denies the allegations of Paragraph 2 of the Counterclaim.

3. Yahoo! denies the allegations of Paragraph 3 of the Counterclaim.

4. Yahoo! lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Counterclaim, and therefore, denies the same.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE

Onyema's claims are barred, in whole or in part, for failure to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Yahoo! presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Yahoo! reserves the right to assert additional affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure or any other defenses, in law or in equity, that may exist or in the future be available based on the discovery and further factual investigation of this case.

### JURY TRIAL DEMAND

Yahoo! hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.

### PRAYER FOR RELIEF

**WHEREFORE**, Yahoo! prays for entry of judgment:

A. That Onyema's Counterclaims be dismissed in their entirety, and that Onyema taking nothing thereby;

B. That Yahoo! be awarded its costs incurred herein;

C. That Yahoo! be awarded its attorney's fees; and

D. For such other and further relief as the Court determines to be reasonable and just.

Respectfully submitted,

YAHOO! INC.

Dated: June 7, 2010         By: _____
Robert S. Weisbein (RW-0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
E-mail: rweisbein@foley.com

Shane M. McGee (SM-1483)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, D.C. 20005-3317
Tel: (202) 408-6400
Fax: (202) 408-6399
E-mail: smcgee@sonnenschein.com

YAHOO! INC.
701 First Avenue
Sunnyvale, California 94089
Tel: (408) 349-7317
Fax: (408) 349-3301
E-mail: dowellc@yahoo-inc.com

*Attorneys for Plaintiff YAHOO! INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing ANSWER TO COUNTERCLAIMS was served by courier and by e-mail the 7th day of June 2010 upon defendant Emmanuel C. Onyema, as follows:

> Emmanuel C. Onyema
> 2324 Becard Drive
> Mesquite, Texas 75181
> eonyema02@yahoo.com

and upon his last attorney of record by courier and by e-mail as follows:

> Fedelis C. Nwaozuzu
> 9441 LBJ Freeway
> Suite 202
> Dallas TX 75243
> fidexn@hotmail.com

/s/ Britton Payne
Britton Payne