**MEMO ENDORSED**

Adebimpe Pogoson
373 Brockles Mead
Harlow, Essex CM19 4QG
United Kingdom

July 26, 2010

Honourable Theodore. H. Katz
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York NY 10007

> *This request is denied. Any request for an extension of time to answer must be made by motion, which is supported by an affidavit showing "excusable neglect." See Fed. R. Civ. P. 6(b).*
>
> 8/4/10  **SO ORDERED**
> THEODORE H. KATZ
> UNITED STATES MAGISTRATE JUDGE

Dear Judge Katz
**EXTENSION OF TIME TO RESPOND**
YAHOO INC.-V.- DAIANN NAKCHAN, ADEBIMPE.F.POGOSON & OTHERS
CIVIL ACTION No: 08-CIV-4581

I refer to the above matter.

I humbly request that the time for me to respond to this matter be extended for six weeks from today's date to on or around 5th of September 2010. I presently reside in London United Kingdom and have been searching for a US qualified Attorney to represent me Pro Bono in the above matter. My search for a Pro Bono Attorney has proved abortive. As such, I am representing myself Pro se.

Having read the Third Amended Complaint, I am certain that this is a case of mistaken identity as I **have never** engaged in the activities alleged in the Plaintiff's Complaint.

I am in the process of familiarising myself with the Court's rules and procedures and envisage I will be in a position to provide a response to the Court in six weeks from today's date asstated above.

I have sent copies of this letter by mail to the contact of/ parties in this matter as provided to me by the Court's Pro Se Office. I attach copies of the Affirmation of Service for filing.

Yours sincerely

*A.Pogoson*
Adebimpe. F. Pogoson.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED: 8/4/10]

cc:
**Robert. S. Weisbein - Foley & Lardner, 90 Park Avenue New York NY 10016
Aisha Buhari – Sullivan Chester & Gardner, 75 Park Avenue South 30th Floor New York NY 10016
Pro Se Office – 500 Pearl Street New York NY 10007
Yahoo Inc – Robert. S. Wesbein, Foley & Lardner**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHOO INC.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 45 (81) ( )

- against -

DAIANN NAKCHAN

ADEBIMPE F. PUGOSON

& URS.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, ADEBIMPE PUGOSON *(name)*, declare under penalty of perjury that I have served a copy of the attached APPLICATION FOR EXTENSION OF TIME TO RESPOND *(document you are serving)* upon HON. THEODORE H. KATZ *(name of person served)* whose address is US DISTRICT COURT, UNITED STATES COURTHOUSE, 500 PEARL STREET NY 10007 *(where you served document)* by MAIL *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _____, _____
       *(town/city)*    *(state)*

JULY 26, 2010
*(month)* *(day)* *(year)*

Signature: APugoson

Address: 373 BROCKLES MEAD

City, State: HARLOW ESSEX

Zip Code: CM19 4BG

Telephone Number: +44 (0) 1279420368

Rev. 05/2010