# EXHIBIT 1

McGee Declaration

Robert S. Weisbein (RW-0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Shane M. McGee (SM-1483)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, D.C. 20005-3317
Tel: (202) 408-6400
Fax: (202) 408-6399

*Attorneys for Plaintiff*
*Yahoo! Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YAHOO! INC. a Delaware corporation, | : | |
| Plaintiff, | : | |
| v. | : | |
| DAIANN NAKCHAN,<br>ADEBIMPE F. POGOSON,<br>EMMANUEL C. ONYEMA,<br>AISHA BUHARI,<br>CHINEDU MBONU,<br>CHIBUZOR MBONU,<br>CHIKA MBONU,<br>AUSDITH INVESTMENTS LTD.,<br>CHEN CHIEN-CHANG,<br>CHEN CHIEN-ZHOU,<br>ALAMIN INDUSTRIAL CORP.,<br>XYZ Companies 1–25 and<br>JOHN/JANE DOES 1–25<br>(a/k/a the "Yahoo! Lottery Spammers") | : | **DECLARATION OF**<br>**Paul Stone-Jansen**<br><br>Civil Action No.: 08-CIV-4581 |
| Defendants. | : | |

I, Paul Stone-Jansen, declare as follows:

1.     I am a private investigator employed by Robert Jackson and Associates, Inc., an investigative agency bonded and licensed by the State of New York and located in New York City.  I have been employed by Robert Jackson and Associates, Inc. since August of 2005.

2.     I make this declaration based upon my own personal knowledge and my familiarity with the matters recited herein.  I could and would testify to the same under oath should I be called as a witness before the Court.

3.     In August 2008, I began work on a project for Yahoo! Inc. ("Yahoo!") to investigate the source of e-mail messages in which the senders informed recipients that they had won a "lottery" prize that had allegedly been sponsored by Yahoo! ("Lottery Hoax e-mails").

4.     In on July 14, 2008 I responded to a Lottery Hoax e-mail that had been sent from "lotterylottoinc3443@fanoftheweb.com" and, following the instructions in that e-mail, I used a free web-based e-mail account (washington.aaron@gmail.com) to send a message to "rev.frnicholaswyatt@hotmail.com" indicating my interest in claiming the "Yahoo Lottery Prize Award."  The text of this Lottery Hoax e-mail is attached hereto as "Exhibit A."

5.     On July 15, 2008, I received a response from "rev.frnicholaswyatt@hotmail.com" acknowledging the receipt of my "winning information" and instructing me that I would be required to provide specifically identified personal information to a representative of the "Paying Bank" in order to claim my prize. A copy of this message is attached hereto as "Exhibit B."  The contact at the bank was

2

identified as "Dr. Bello Hassan" and the e-mail address I was instructed to contact Dr. Hassan at the following e-mail address unbnknigplc.intlremitdept@live.com.

6.      I contacted "Dr. Hassan," as instructed and received a response on July 16, 2008.  A copy of this message is attached hereto as "Exhibit C."  The message from Dr. Hassan instructed me that specific documents were required to release the "winnings" and that I should contact the "Bank Accredited Attorney, " "Barr. Ike William" at the following e-mail address: info.lawchambersofikewilliam@yahoo.com.

7.      As instructed, I sent an e-mail to info.lawchambersofikewilliam@yahoo.com and received a response on July 17, 2008 which contained information describing the procedures, requirements, and legal fees associated with the "prize transfer."  A copy of this message is attached hereto as "Exhibit D."

8.      On July 18, 2009, I received an e-mail from "Ike William" instructing me to send the $480 payment for legal fees to him via Western Union or MoneyGram.  A copy of this message is attached hereto as "Exhibit E."

9.      I subsequently sent multiple e-mail messages to "Ike William" advising him that I would not be able to send the money via Western Union or MoneyGram.  Copies of these messages are attached hereto as "Exhibit F."

3

10.     On July 24, 2008, I received a message from "Ike William" with the subject, "BANK ACCOUNT INFORMATION BELOW." That message instructed me to send the $480 fee payment to an account at the United Bank for Africa New York. The account information provided to me in that e-mail was as follows:

> UNITED BANK FOR AFRICA
> ABA NO. 026000110
> SWIFT CODE: UNAFUS33
> ACCOUNT NAME: UBA PLC
> SWIFT CODE: UNAFNGLA
> FCD ACCOUNT NO; 10012-071
> BENEFICIARY: AUSDITH INVESTMENTS
> ACCOUNT NO: 00800131001828

The text of this message is attached hereto as "Exhibit G."

I declare under penalty of perjury that the foregoing is true and correct and based upon my personal knowledge.


EXECUTED on this 16 day of March, 2010, at New York, New York.

Paul Stone-Jansen

# EXHIBIT A

# FILED UNDER SEAL

**EXHIBIT B**



**Aaron Washington <washington.aaron@gmail.com>**

# ACKNOWLEDGMENT OF YAHOO LOTTERY PRIZE AWARD.

**YAHOO VERIFICATION DEPARTMENT OFFICE**
**<rev.frnicholaswyatt@hotmail.com>**
To: washington.aaron@gmail.com

**Tue, Jul 15, 2008 at**
**5:28 AM**

YAHOO! REGIONAL OFFICE
Baley House,Harold
Road Sutton.Greater London
SM14te,London,
UNITED KINGDOM.

Ref:Y2008-YLI/UK/049/08
Date: 15/07/2008

ACKNOWLEDGMENT OF YAHOO LOTTERY PRIZE AWARD.

Dear Winner Aaron Washington,
(washington.aaron@gmail.com)

Congratulation once more,

We the Yahoo Lottery verification department have acknowledged the receipt of your
winning information and we must say that You should count yourself extremely lucky
to have emerged as one of the winners in this year's lucky dip sweepstakes
Certified by the Yahoo Award Lotto lottery organizers for payment and You are also
among the other winners we have approve for prize Transfer payment and upon
approval,you are requested to contact our Regional representative Promotional Bank
for Payment in Africa (UNION BANK NIG PLC) for Delivery/Transferring of
your Award winning Prize Money. The attached documents is the approved Award winners'
Certificate and Payment Authorization made in your Name as the beneficiary and
authorized for bank verification on your behalf from Yahoo! Head office London UK,
endorsed by the Chairman Yahoo! Beta award sweepstakes.

However, the Payment Authorization and Award Certificate shows that you are the
legitimate beneficiary of YAHOO LOTTERY PRIZE, (ONE MILLION UNITED STATES
DOLLARS)
($1,000,000.00 US Dollars) Cash Prize won by our Lottery Programmed and your
Certificate which will authorize you to contact the Paying Bank through email
where your prize money will be approved and delivered/transferred to
your nominated account or address without delay and furthermore, aviod
double claims or cancellation of your award prize or unauthorize person claiming
to be a member of Yahoo Lottery Inc or the Paying Bank, Union Bank Nigeria Plc,
we hereby issued you personal communication code number which is (1267) aviod

imposters,
so you have to indicate this code when contacting the Paying Bank by using it as your
subject

Note: Your fund will be release to you through our representative Bank in West Africa
Nigeria,(UNION BANK NIG PLC) as your payment approval file fall within our
Africa representative Bank,And also note, we have forwarded your information and your
Award Certificate prove together with your Payment Authorization to the paying
bank to enable them to acknowledged your prize winning and approve you for payment
transfer without delay. So You are required to Contact the paying bank with under-
listed information below for re-confirmation through email which will
enable the bank to verify and approve your winning prize Transfer or Delivery
without delay.

Your Full Name:
Your Contact Address:
Your Cell Phone Number:
Your Award Certificate:
Your Payment Authorization Letter:
Your Personal communication code number which is in the braket (1267) for security
reason.


Here is the below email address contact of the Paying Bank that your prize
US$1,000,000.00 was deposited.

E-mail Address: unbnknigplc.intlremitdept@live.com
Contact Person Dr. Bello Hassan,
Union Bank Nig  Plc.
For International Remittance Dept.
TEL: +234-803-945-1311

Note: Any prize not claimed within this period (14 days) will be forfeited so You
are advise to keep and follow the bank procedure and instructions to enable your prize get
to you.

Note: This is Your personal communication code number with Union Bank Nig Plc, is
(1267),
you are advised to send your winning information and also your AWARD
CERTIFICATE/PAYMENT
AUTHORIZATION to the Union Bank Nigeria Plc, to the attention of the director, Dr. Bello
Hassan,for
confirmation and immediate attention of your prize release transfer.

Best Regards,

Reverend Fr. Nicholas Wyatt,
Claim agent and verification officer
Email: rev.frnicholaswyatt@hotmail.com

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 11 of 38

Phone: +44-702-401-0191

Making the world a better place one message at a time. Check out the i'm Talkathon.

**2 attachments**



**YOUR YAHOO PRIZE WINNING CERTIFICATE.JPG**
168K



**AUTHORIZATION LETTER FOR PAYMENT.JPG**
162K

**EXHIBIT 1**

YOUR YAHOO PRIZE WINNING CERTIFICATE.JPG - Gmail



**EXHIBIT 2**

AUTHORIZATION LETTER FOR PAYMENT.JPG - Gmail



# YAHOO!
## AWARD LOTTERY INC!

### PAYMENT AUTHORIZATION LETTER

This is to Certify that

Aaron Washington

Of

American

Are acknowledged as the legitimate beneficiary of the $1,000,000.00 US Dollars Cash Prize won by our Lottery Programme. And with this letter, You are hereby authorize to contact and present the payment authorization letter to the appointed bank for transfer of your lottery fund.

Note: You have only 14 days to claim your prize money after that your prize will be forfiet by you and duly return back to Yahoo Award Lottery Inc as unclaimed prize fund.

Yahoo chairman

**EXHIBIT C**

   **Aaron Washington <washington.aaron@gmail.com>**

# UNION BANK YAHOO LOTTERY PRIZE TRANSFER APPROVAL AND REQUIREMENT FOR YOUR TRANSFER

**UNION BANK NIGERIA PLC <unbnknigplc.intlremitdept@live.com>**
To: washington.aaron@gmail.com



### OFFICE OF THE DIRECTOR INTL REMITTANCE DEPARTMENT UNION BANK NIG PLC,

```
ANNEX,MARINA LAGOS,116 BANK AVENUE VICTORIA LAGOS
NIGERIA WIN.9B5.WEST AFRICA.
Ref UNION BANK PLC/tf 234/008
PHONE +234-803-945-1311
```

Date: 16/ 07/2008.

MISSION
'To be the foremost financial institution with the most satisfied customers'
VISION
'To be the best of the best to bank on'

Attention: Aaron Washington,

 We wish to officially inform you that you have approved for payment today after due v
authorization from the Yahoo Lotto Lottery Organization for payment, which we have a
that you are legitimate owner of the email address that won US$1,000,000.00 (ONE MILI
DOLLARS), in this year's Yahoo Lotto Lottery promotions.  However, the procedure for
winning prize has commenced by the Remittance Department of our  Bank,  and detail
submitted to our accounts review committee,but pls note:-

1.,Our bank has a banking policy operating in our Directives of job processing and cus
have laws governing our bank rules.

2.,Our bank is known for long standing Reputation in maintaining customer Respect ar

3.,Our commitment in Union Bank Nig Plc, is to provide world class financial services t

Case 1:08-cv-04581-LTS-THK Document 114-1 Filed 04/28/11 Page 18 of 38

we attach great importance to excellent service delivery in every area of our operations structures and processes to enable us achieve this goal.

But Note, Your lottery prize will be duly processed and deliverred directly to your addr certified Check or ITT after obtaining this covering document, (ITPC) International Tran Affidavit Of Fact and Claim, from the Federal High Court Nigeria, which you are require before 21st July 2008 to procure the needed document and Sign the papers documents your PRIZE delivered/transferred to you and note, the ITPC Clearance is very vital; hen breach of law locally and internationally without any transfer problem or YOU contact c barr.Ike William, who can help/assist you to procure the needed document from the Fe your inability to come down to Nigeria here to obtain/secure the required document tha approve and commence your Prize delivery through Certified Check/ ITT without delay.

## BELLOW IS THE CONTACT INFORMATION OF OUR BANK ACCREDITED ATTORNEY.

Do contact Barr. IKE WILLIAM our bank accredited Lawyer who will help or assist you document from Court incase your inability to come down to Nigeria to obtain the docur

NAME: BARR. IKE WILLIAM

E-mail:info.lawchambersofikewilliam@yahoo.com
Tel:+234-803-581-6602

We wait your urgent compliance to this effect; call me to confirm that you have receive

urgent.

YOUR COMMUNICATION CODE NUMBER (1267).

Have a wonderful day as we look forward to having a wonderful Working relationship w

Yours Faithfully.

Dr. Bello Hassan,
Manager, Union Bank Plc.
For International Remittance Dept.
## TEL: +234-803-945-1311

**************Disclaimer************

The information contained in this e-mail message and any attachment is for designated recipi

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 19 of 38

privileged, proprietary, or private information. If you have received it in error, please delete the immediately.

Union Bank Nig Plc. accepts no liability whatsoever for any loss whether it be direct, indirect or information made available and actions resulting there from.



© 2008 Union Bank Nig Plc . All Rights Reserved.

Stay in touch when you're away with Windows Live Messenger. IM anytime you're online.



**UNION E BANK YAHOO LOTTERY PRIZE TRANSFER APPROVAL AND RE** 114K

**EXHIBIT 1**



**OFFICE OF THE DIRECTOR INTL
REMMITANCE DEPARTMENT
UNION BANK NIG PLC.
ANNEX.MARINA LAGOS.
116 BANK AVENUE VICTORIA LAGOS
NIGERIA WIN.9B5. WEST AFRICA.
Ref UNION BANK PLC/tf 234/008
E-mail: unbnknigplc.intlremitdept@live.com
PHONE +234-803-945-1311**

**UNBANK**

**Re: REF/UBN-NG/021/08**
**16/ 07 / 2008**

**THROUGH INTERNATIONAL CERTIFIED CHECK.**

## UNION BANK PAYMENT APPROVAL LETTER

### ATTN: AARON WASHINGTON,

With reference to the Approval Notification from the Board of Directors of Union Bank Nigeria for onward remittance of the sum of (ONE MILLION US DOLLARS ONLY) being payment to the lucky winner and following the confirmation of payment approval and having met the necessary requirements in accordance with the Nigeria Monetary and Fiscal Policy as contained in the provisions of the Nigeria foreign payment transfer Act of 1979 and as amended in section 4 sub-section 2(C) of the banking law, the Board hereby irrevocably certify and guarantee the payment of the above named beneficiary.

Note, by this testament, you are advised and required to proceed and come down to Nigeria on or before 21st July., 2008 to sign and obtain a covering document (ITPC), International Transfer Permission Clearance and Affidavit Of Facts and Claim, from the Federal High Court Nigeria to empower our remittance department to commence your prize delivery to your address/transfer to your nominated account.

Inability to appear in person or come down to Nigeria here to secure the needed document (ITPC and Affidavit of Fact and Claim) from the Federal High Court Nigeria are to appoint our bank accredited Attorney to assist you to secure the document on your behalf.

**BELLOW IS THE CONTACT INFORMATION OF OUR BANK ACCREDITED ATTORNEY.**

NAME: BARR. IKE WILLIAM

E-mail info.lawchambersofikewilliam@yahoo.com
Tel:+234-803-581-6602

*YOURS FAITHFULLY*

**UBN
LAGOS**

ALH. BELLO HASSAN
DIRECTOR INT'L REMITTANCE OFFICE

*Ike William
Legal Dept.*

**EXHIBIT D**

Gmail - Dear Client Aaron Washington, (YAHOO LOTTERY PRIZE)                    Page 1 of 3



**Aaron Washington <washington.aaron@gmail.com>**

# Dear Client Aaron Washington, (YAHOO LOTTERY PRIZE)

### Law Office Of Barr Ike William And Associates Chambers <info.lawchambersofikewilliam@yahoo.com>

**Thu, Jul 17, 2008 at 4:40 PM**

Reply-To: info.lawchambersofikewilliam@yahoo.com
To: Aaron Washington <washington.aaron@gmail.com>

Date:17/07/2008.

Dear Client Aaron Washington,

Your Communication code number is 1267.

Congratulation for being a Lucky Winner.

 THE FOLLOWING ARE THE LEGAL PROCEDURES REQUIRED AND OFFICIAL COST OF LEGAL FEES THAT WILL ENABLE THIS CHAMBERS TO STAND ON YOUR BEHALF AND ALSO GET THE LEGAL DOCUMENTS AS THE BANK REQUIRED FOR YOUR PRIZE TRANSFER.

I really appreciates your intention to employ our services, well as a matter of fact, we pay more attention to our clients satisfaction and to achieve this, we usually solicit the full and unalloyed co-operation of our clients in any kind of case that these chambers accepts to handle and however, all we need In your case for now is to initiate immediate and legal steps in conformity with banking policies as requested by the bank to successfully handle this case and deliver accordingly, because from our pre-investigations based on the e-mail received from you it is obvious that the bank is happy to see me inquire about your claims and are willing to release and transfer your Prize Money to your norminated account/address, giving that we present all the legal documents required. So in order to effectively and legally obtain and procure all the necessary legal documents requested by the bank for transfer or delivery of your won prize, the following shall be
 provided by you and With all these below information and the chambers processing fee, I will go to Federal High Court Nigeria, to secure the required document ITPC (International Transfer Permission Clearance and Affidavit of Facts and Claim) in your favor which I will send to you a copy of the documents and forward it to the Bank for approving your prize transfer.

REQUIREMENTS

1. Your full name and your full address

2. Your private phone
3. Your Copy of Award Certificate
4. Sex
5. The sum of US$480 Dollars Only for the chambers processing fee.


Again, Below is a breakdown of what the money will be officially used for as I estimated and submitted by our accounts officer and as a matter of policy you will receive copies of the documents and of course all official receipts issued for the payments.

1, A Copy of an Affidavit of fact duly sworn in on your behalf as it required by the bank.

2 A notarize signed letter of application notarized in Federal High Court Nigeria

3. International Transfer Permission Clearance (ITPC).


This legal documents will protect you and the prize money as well as prove that the money is not laundry activity. It is very important and it must be countersigned by the Court and also by me on your behalf.  Finally, we will require the sum of $1,800 dollars for the chambers actual fees for the services to be rendered to you as a non resident client after your prize money have been transferred to your account but now what we required from you is legal processing fee US$480 Dollars Only for the chambers processing fee only which will be use to obtain these necessary documents.


On receipt of the payment, we will immediately submit an application to the various judicial departments where this documents will be issued once we receive the needed fee and also open a file for you as our client and moreover,we wish to make you understand that the fees we enumerated above are mostly official fees to be paid to the various judicial departments and other concerned offices.

Thank you very much for your anticipated understanding and subsequent co-operation.

N/B CONTACT US WHEN YOU ARE READY TO MAKE THE PAYMENT SO THAT WE WILL SEND YOU OUR PAYMENT INFORMATION AND DIRECTIVES ON HOW TO SEND THE NEEDED FEE.


Thanks

Barr .Ike William
Attorney at Law.
Tel: +234-803-581-6602

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 25 of 38

**EXHIBIT E**

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 27 of 38



**Aaron Washington <washington.aaron@gmail.com>**

# Dear Client Aaron Washington, (PAYMENT INFORMATION)

**Law Office Of Barr Ike William And Associates Chambers <info.lawchambersofikewilliam@yahoo.com>**

**Fri, Jul 18, 2008 at 4:09 PM**

Reply-To: info.lawchambersofikewilliam@yahoo.com
To: Aaron Washington <washington.aaron@gmail.com>

Dear Client Aaron Washington,

Your Communication code number is (1267).

I received your email and It is very important you send the fee today through WESTERN UNION or MONEY-GRAM TRANSFER to enable us obtain the ITPC and Affidavit Of Claim.

Do send the fee through the information below so that we can receive the charge fee immediately.

**PAYMENT INFORMATION:**

RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480

**SEND ME THIS BELOW INFORMATION WHEN YOU MAKE THE PAYMENT.**

RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480
SENDER'S NAME:
SENDER'S ADDRESS:
MTCN:
AMOUNT:

Listen, Upon the confirmation of the fee, our chambers shall proceed to obtain the ITPC and

Affidavit of Claim from the Court to enable bank get your fund transferred/delivered to you.


Avoid any delay in your prize transfer process, you are advise to make the payment today through WESTERN UNION or MONEYGRAM TRANSFER so that we will proceed and get everything done to enable us procure the required documents.


Thank you very much for your anticipated understanding and subsequent co-operation.


Barr .Ike William
Attorney at Law.
Tel: +234-803-581-6602

**EXHIBIT F**

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 30 of 38



**Aaron Washington <washington.aaron@gmail.com>**

---

# Dear Client Aaron Washington, (PAYMENT INFORMATION)

---

**Aaron Washington <washington.aaron@gmail.com>**  **Mon, Jul 21, 2008 at 8:22 AM**
To: info.lawchambersofikewilliam@yahoo.com

Barrister William,

The closest western union is over 50 miles away can I wire it to you insted? thank you.

god bless!

aaron washington

[Quoted text hidden]

---



**Aaron Washington <washington.aaron@gmail.com>**

---

# Dear Client Aaron Washington, (PAYMENT INFORMATION)

---

### Law Office Of Barr Ike William And Associates Chambers <info.lawchambersofikewilliam@yahoo.com>

**Mon, Jul 21, 2008 at 4:53 PM**

Reply-To: info.lawchambersofikewilliam@yahoo.com
To: Aaron Washington <washington.aaron@gmail.com>

Dear Client Aaron Washington,

As I have said before that,It is very important you send the fee through WESTERN UNION or MONEY-GRAM TRANSFER to enable me receive the payment immediately and proceed to obtain the needed documents without delay.

Do send the fee through the information below and through western Union Money Transfer/MoneyGram Transfer so that we can receive the charge fee immediately and start procuring the required documents.

PAYMENT INFORMATION:

RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480

SEND ME THIS BELOW INFORMATION WHEN YOU MAKE THE PAYMENT.

RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480
 SENDER'S NAME:
SENDER'S ADDRESS:
MTCN:
AMOUNT:

NOTE: avoid any delay in securing the needed documents, you are advise to make the payment through WESTERN UNION or MONEYGRAM TRANSFER so that I will proceed and get everything done immediately and to enable the bank transfer your prize.


Thank you very much for your anticipated understanding and subsequent co-operation.

Barr .Ike William
Attorney at Law.
Tel: +234-803-581-6602



Aaron Washington <washington.aaron@gmail.com>

# SEND THE REQUIRED FEE THROUGH MONEYGRAM INTERNATIONAL MONEY TRANSFER, IF THE WESTERN UNION IS FAR AWAY FROM YOU

**Law Office Of Barr Ike William And Associates Chambers**
**<info.lawchambersofikewilliam@yahoo.com>**
Reply-To: info.lawchambersofikewilliam@yahoo.com
To: Aaron Washington <washington.aaron@gmail.com>

**Wed, Jul 23,**
**2008 at 9:49 AM**

Dear Client Aaron Washington,


SEND THE REQUIRED FEE THROUGH  MONEYGRAM INTERNATIONAL MONEY
TRANSFER, IF THE WESTERN UNION IS FAR AWAY FROM YOU.


PAYMENT INFORMATION:


RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480


SEND ME THIS BELOW INFORMATION WHEN YOU MAKE THE PAYMENT.


RECEVER'S NAME; IKE WILLIAM
DESTINATION; LAGOS-NIGERIA
TEXT QUESTION; AMOUNT
TEXT ANSWER; $480
 SENDER'S NAME:
SENDER'S ADDRESS:
MTCN:
AMOUNT:

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 34 of 38

Regards,


Barr .Ike William
Attorney at Law.
Tel: +234-803-581-6602



**Aaron Washington <washington.aaron@gmail.com>**

# SEND THE REQUIRED FEE THROUGH MONEYGRAM INTERNATIONAL MONEY TRANSFER, IF THE WESTERN UNION IS FAR AWAY FROM YOU

**Aaron Washington <washington.aaron@gmail.com>**          **Wed, Jul 23, 2008 at 11:09 PM**
To: info.lawchambersofikewilliam@yahoo.com

please send me wiring instructions as I am not within driving distance
of western union or money gram.

thanks!

aaron
[Quoted text hidden]

**EXHIBIT G**

Case 1:08-cv-04581-LTS-THK   Document 114-1   Filed 04/28/11   Page 37 of 38



**Aaron Washington <washington.aaron@gmail.com>**

# BANK ACCOUNT INFORMATION BELOW

**Law Office Of Barr Ike William And Associates Chambers
<info.lawchambersofikewilliam@yahoo.com>**

Thu, Jul 24,
2008 at 4:33
PM

Reply-To: info.lawchambersofikewilliam@yahoo.com
To: Aaron Washington <washington.aaron@gmail.com>

Dear Client Aaron Washington,

**SEND THE REQUIRED FEE $480 THROUGH  THIS BELOW BANK ACCOUNT INFORMATION
IMMEDIATELY AND SCAN AND ATTACH THE PAYMENT SLIP FOR CONFIRMATION ONCE
YOU SEND THE PAYMENT.**

**BANK ACCOUNT INFORMATION BELOW**

UNITED BANK FOR AFRICA NEW YORK.

ABA NO. 026000110

SWIFT CODE: UNAFUS33.

ACCOUNT NAME: UBA PLC

SWIFT CODE: UNAFNGLA.

FCD ACCOUNT NO:10012-071

BENEFICIARY:AUSDITH INVESTMENTS

ACCOUNT NO: 00800131001828

Regards,

Barr .Ike William
Attorney at Law.
Tel: +234-803-581-6602